Receipt # 150911
Ck # 106

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-20769 - LAWWILL JR., ROBERT J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for Asta-Vativ<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | 000003 | 196.13 | 4.51 |
| Remittance Total | | 196.13 | 4.51 |

LAUREN A. HELBLING, Trustee

FILED
2010 SEP -9 PM 12:21
BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND